IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:11-cv-565 |
| ) | |
| LCMG, INC. ) | |
| ) | |
| Defendant. ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SunTrust Mortgage, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

>SunTrust Mortgage, Inc., a Virginia corporation, is a wholly-owned subsidiary of SunTrust Bank, a Georgia state-chartered bank.  SunTrust Bank is a wholly-owned subsidiary of SunTrust Bank Holding Company, a Florida corporation.  SunTrust Bank Holding Company is a wholly-owned subsidiary of SunTrust Banks, Inc., a publicly traded holding company.

    SUNTRUST MORTGAGE, INC.

    By: _/s/ Steven P. Gould_
Robert D. Perrow (VSB No. 14766)
J.P. McGuire Boyd, Jr. (VSB No. 72753)
Steven P. Gould (VSB No. 80411)
Williams Mullen
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6000; Facsimile: 804.420.6507
Email: bperrow@williamsmullen.com
Email: mboyd@williamsmullen.com
Email:  sgould@williamsmullen.com
*Counsel for Plaintiff SunTrust Mortgage, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Rule 7.1 Financial Disclosure was sent via United States mail on this 28th day of October, 2011 to:

> LCMG, Inc. d/b/a Mortgage Makers
> c/o Stewart M. Bledsoe, Registered Agent
> 147 Whisper Wood Drive
> Lexington, SC  29072

> */s/ Steven P. Gould*
> Steven P. Gould

16178293_1.DOC