IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., a Virginia Corporation <br><br> Plaintiff, <br><br> v. <br><br> LCMG, INC., a South Carolina Corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 3:11-cv-565-JRS |

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

This day, Steven P. Gould personally appeared before me, the undersigned Notary Public, and, after first being sworn, said as follows:

1. I am counsel for plaintiff, SunTrust Mortgage, Inc. ("SunTrust"), in this action, and, as such, I am authorized to make this affidavit on their behalf.

2. The Complaint herein was filed on August 26, 2011.

3. According to the Certificate of Compliance previously filed with this Court, service of process was made on defendant via certified United States mail effective September 13, 2011.

4. Responsive pleadings were due to be filed on or before October 7, 2011.

5. On October 10, 2011, counsel for SunTrust agreed to allow Mortgage Makers until November 1, 2011 to secure local counsel and file an answer before SunTrust would seek entry of default and default judgment against Mortgage Makers.

6. The defendant has not appeared in this action, and it has failed to plead or otherwise defend the action within the times provided by the Federal Rules. The defendant is in

default.

7. SunTrust is now entitled to entry of default against the defendant.

8. To the best of the affiant's knowledge and belief, the defendant is not currently in the Armed Forces of the United States or entitled to relief under the provisions of the Soldiers and Sailors Civil Relief Act, 50 U.S.C. Appx. §510 et seq.; the defendant is not a minor; and the defendant is not incompetent.

Executed this 4th day of November, 2011.

_____
Steven P. Gould

COMMONWEALTH OF VIRGINIA )
                                                   ) to-wit
CITY OF Richmond )

The foregoing instrument was acknowledged before me, Donna A. Dillon, Notary Public, this 4th day of November, 2011, by Steven P. Gould, who is personally known to me.

_____
Notary Public
Registration Number: 223932
My commission expires: September 30, 2014

Notary Seal (sharp, legible, photographically reproducible)