IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SUNTRUST MORTGAGE, INC.,**
a Virginia Corporation,

    **Plaintiff,**

v.            CIVIL NO. 3:11cv565

**LCMG, INC., d/b/a MORTGAGE
MAKERS, a South Carolina Corporation,**

    **Defendant.**

## NOTICE OF APPEARANCE

 Please take note that Susan M. Rotkis of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1A, Newport News, VA, 23601, hereby enters her appearance as counsel on behalf of the Defendant, LCMG, Inc., d/b/a/ Mortgage Makers. Kindly copy her on all matters related to this case.

        Respectfully submitted,

        **LCMG, INC., d/b/a MORTGAGE
        MAKERS, a South Carolina Corporation,**

        _____/s/_____
        Susan M. Rotkis, VSB 40693
        Attorney for Defendant
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd., Suite 1A
        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        srotkis@clalegal.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of January 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert Dean Perrow
Williams Mullen
200 South 10th Street
16th Floor
Richmond, VA  23219
E-mail: bperrow@williamsmullen.com

John Peyton McGuire Boyd, Jr.
William Mullen
200 South 10th Street
16th Floor
Richmond, VA  23219
E-mail: mboyd@williamsmullen.com

Steven Patrick Gould
Williams Mullen
200 South 10th Street
16th Floor
Richmond, VA  23219
E-mail: sgould@williamsmullen.com

                /s/
          Susan M. Rotkis VSB 40693
          Attorney for Defendant
          CONSUMER LITIGATION ASSOCIATES, P.C.
          763 J. Clyde Morris Blvd., Suite 1A
          Newport News, Virginia 23601
          (757) 930-3660 - Telephone
          (757) 930-3662 – Facsimile
          srotkis@clalegal.com