IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| SUNTRUST MORTGAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:11CV565 |
| ) | |
| LCMG, INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the Order of the District Judge in this case (Docket No. 14), the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

By:

_____  1/26/12         _____  1/26/2012
SunTrust Mortgage, Inc.      Date          LCMG, Inc.                Date
By Counsel                                 By Counsel