IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,
A Virginia Corporation

          Plaintiff,

v.                              Civil No. 3:11-CV-565 MHL

LCMG, INC., d/b/a MORTGAGE MAKERS,
A South Carolina Corporation

          Defendant.

### DEFENDANT'S 26(A)(2) EXPERT WITNESS DESIGNATION

COMES NOW the Defendant, LCMC, Inc. d/b/a Mortgage Makers, by counsel, and designates the following Expert Witness to testify at trial:

Brian Nick Collins
BC Appraisals
740 Bentley Dr.
Lexington, KY 29072

         Respectfully submitted,

         **LCMC, Inc. d/b/a Mortgage Makers**

         _____/s/_____
         Leonard A. Bennett, Esq.
         VSB #37523
         Attorney for Plaintiff
         CONSUMER LITIGATION ASSOCIATES, P.C.
         763 J. Clyde Morris Boulevard, Suite 1-A
         Newport News, Virginia 23601
         (757) 930-3660 - Telephone
         (757) 930-3662 – Facsimile
         E-mail: lenbennett@cox.net

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert Dean Perrow
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
(804) 420-6481
Fax: (804) 420-6507
Email: bperrow@williamsmullen.com

John Peyton McGuire Boyd , Jr.
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
804-783-6927
Fax: 804-783-6507
Email: mboyd@williamsmullen.com

Steven Patrick Gould
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
(804) 420-6606
Fax: (804) 420-6507
Email: sgould@williamsmullen.com

                                                /s/  
                                  Leonard A. Bennett, Esq.  
                                  VSB #37523  
                                  Attorney for Plaintiff  
                                  CONSUMER LITIGATION  
                                  ASSOCIATES, P.C.  
                                  12515 Warwick Boulevard, Suite 100  
                                  Newport News, Virginia 23606  
                                  (757) 930-3660 - Telephone  
                                  (757) 930-3662 – Facsimile  
                                  E-mail:lenbennett@cox.net