IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., ) <br> a Virginia Corporation ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LCMG, INC. ) <br> a South Carolina Corporation ) <br> ) <br>       Defendant. ) | Civil Action No.: 3:11-cv-565-MHL |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

COMES NOW Plaintiff, SunTrust Mortgage, Inc. ("SunTrust"), and files this Motion for Entry of a Protective Order in this matter. SunTrust seeks entry of an Order to protect it from annoyance, oppression, undue burden, and expense in responding to Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents and to Defendant's topics for examination of SunTrust's corporate designees pursuant to Rule 30(b)(6). SunTrust's position is more fully set forth in its Memorandum in Support of Motion for Entry of Protective Order filed herewith.

## Rule 26(c) Certification

The undersigned counsel for the SunTrust certifies that he has in good faith attempted to confer with Defendant's counsel in an effort to resolve thsi dispute without court action.

WHEREFORE, SunTrust requests entry of a Protective Order with respect to Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents and to Defendant's topics for examination of SunTrust's corporate designees pursuant to Rule 30(b)(6).

SUNTRUST MORTGAGE, INC.


By    /s/
Robert D. Perrow (VSB No. 14766)
J.P. McGuire Boyd, Jr. (VSB No. 72753)
Steven P. Gould (VSB No. 80411)
Williams Mullen
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6000
Facsimile: 804.420.6507
Email: bperrow@williamsmullen.com
Email: mboyd@williamsmullen.com
Email: sgould@williamsmullen.com
*Counsel for Plaintiff SunTrust Mortgage, Inc.*

## CERTIFICATE OF COUNSEL

I hereby certify that on the 23rd day of March, 2012, I filed a copy of the foregoing Motion for Entry of Protective Order with the Clerk of Court using the CM/ECF system and caused a true copy of the filing to be sent to the following:

    Susan M. Rotkis, Esq.
    Leonard A. Bennett, Esq.
    Consumer Litigation Associates, P.C.
    763 J. Clyde Morris Blvd, Suite 1A
    Newport News, Virginia 23601-1533
    *Counsel for Defendant*


   /s/
Robert D. Perrow (VSB No. 14766)
J.P. McGuire Boyd, Jr. (VSB No. 72753)
Steven P. Gould (VSB No. 80411)
Williams Mullen
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6000

Facsimile: 804.420.6507
Email: bperrow@williamsmullen.com
Email: mboyd@williamsmullen.com
Email:  sgould@williamsmullen.com
*Counsel for Plaintiff SunTrust Mortgage, Inc.*

17496680_1.DOC