IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., a Virginia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 3:11-cv-565-MHL ) |
| LCMG, INC., a South Carolina corporation, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff SunTrust Mortgage, Inc.'s Motion for Entry of Protective Order, and any opposition thereto, for the reasons stated in SunTrust's Motion, it is hereby ORDERED that SunTrust's Motion For Entry of Protective Order is GRANTED.

IT IS SO ORDERED.

Entered this ____ day of _____, 2012.


_____
Judge

17516502_1.DOC