IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., <br> a Virginia Corporation <br><br> Plaintiff, <br><br> v. <br><br> LCMG, INC., d/b/a MORTGAGE MAKERS, <br> a South Carolina Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 3:11-cv-565-MHL <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(a)(ii), Plaintiff, SunTrust Mortgage, Inc., and Defendant, LCMG, Inc., by counsel, file this Stipulation of Dismissal of all claims and causes of action asserted by either party against the other. The parties herein stipulate that they voluntarily dismiss, with prejudice, all of their claims and causes of action which have been or could have been alleged in the above-referenced case, each party to bear its own costs.

SUNTRUST MORTGAGE, INC.                    LCMG, INC.

By   /s/                                                              By   /s/

Robert D. Perrow (VSB No. 14766)            Susan M. Rotkis, Esq. (VSB No. 40693)
J.P. McGuire Boyd, Jr. (VSB No. 72753)      Leonard A. Bennett, Esq. (VSB No. 37523)
Steven P. Gould (VSB No. 80411)             Consumer Litigation Associates, P.C.
Williams Mullen                             763 J. Clyde Morris Boulevard, Suite 1A
P.O. Box 1320                               Newport News, Virginia 23601-1533
Richmond, Virginia 23218-1320               Telephone: 757.930.3660
Telephone: 804.420.6000                     Email: srotkis@clalegal.com
Facsimile: 804.420.6507                     Email: lenbennett@clalegal.com
Email: bperrow@williamsmullen.com           *Counsel for Defendant LCMG, Inc.*
Email: mboyd@williamsmullen.com
Email: sgould@williamsmullen.com
*Counsel for Plaintiff SunTrust Mortgage, Inc.*

17573803_1.DOC