IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., a Virginia Corporation <br><br> Plaintiff, <br><br> v. <br><br> LCMG, INC., d/b/a MORTGAGE MAKERS, a South Carolina Corporation <br><br> Defendant. | Civil Action No.: 3:11-cv-565-MHL |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(a)(ii), Plaintiff, SunTrust Mortgage, Inc., and Defendant, LCMG, Inc., by counsel, file this Stipulation of Dismissal of all claims and causes of action asserted by either party against the other. The parties herein stipulate that they voluntarily dismiss, with prejudice, all of their claims and causes of action which have been or could have been alleged in the above-referenced case, each party to bear its own costs.

SUNTRUST MORTGAGE, INC.

By___/s/_____

Robert D. Perrow (VSB No. 14766)
J.P. McGuire Boyd, Jr. (VSB No. 72753)
Steven P. Gould (VSB No. 80411)
Williams Mullen
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6000
Facsimile: 804.420.6507
Email: bperrow@williamsmullen.com
Email: mboyd@williamsmullen.com
Email: sgould@williamsmullen.com
*Counsel for Plaintiff SunTrust Mortgage, Inc.*
17573803_1.DOC

LCMG, INC.

By___/s/_____

Susan M. Rotkis, Esq. (VSB No. 40693)
Leonard A. Bennett, Esq. (VSB No. 37523)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601-1533
Telephone: 757.930.3660
Email: srotkis@clalegal.com
Email: lenbennett@clalegal.com
*Counsel for Defendant LCMG, Inc.*

**SO ORDERED** 4/6/12

___/s/_____
M. Hannah Lauck
United States Magistrate Judge